# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT MISSOURI

| | | |
|---|---|---|
| In re: Jennifer Fields | ) | Case No 23-41451 |
| Debtor. | ) | Chapter 13 |
| | ) | |

## RESPONSE TO MOTION TO DISMISS

COMES NOW, Debtor, and for this response, state that Debtor intends to cure the Motion to Dismiss.

Respectfully submitted,

/s/ Maxwell Groswald
Maxwell Groswald #65938MO
Groswald Law, LLC
P.O. Box 179343
St. Louis, MO 63117
P: 314-736-1275
F: 314-442-4116
E: maxwell@groswald.com

## Certification of Service

I certify that a true and correct copy of the foregoing document was filed electronically on May 9, 2025 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Lauren Vaughn